UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NATHANIEL LEE, *et al.*,

    Defendants.

Case No. 2:23-cr-101(4)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

Currently pending before the Court is Defendant Lori Turner's Motion to Revoke or Amend Detention Order. (ECF No. 46.) Defendant requests an order from the Court revoking the May 30, 2023 Detention Order, thereby releasing Defendant with appropriate conditions that would allow her to participate in alcohol and drug addiction treatment programs. (*Id.* at 2.) Neither the Probation Office nor the United States Attorney's Office opposes the instant motion so long as Defendant is committed to completing a 90-day residential treatment program and entering sober living afterwards. (E-mail from Dennis McCafferty, Intensive Supervision Specialist, U.S. Pretrial Services, to Judge Sargus' Chambers (August 28, 2023, 12:17 ET).)

In light of the Government and Pretrial Services' position, and for good cause shown, the Court hereby **GRANTS** Defendant's motion. (ECF No. 46.) Defendant shall be released from confinement to begin treatment, per the direction of Pretrial Services, once Probation has secured a bed for Defendant.

    IT IS SO ORDERED.

**8/31/2023**　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**